IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BRUCE A. ROGERS, | : CIVIL ACTION |
| | : NO. 11-1111 |
| Plaintiff, | : |
| | : |
| v. | : |
| | : |
| TRISTAR PRODUCTS, INC., | : |
| | : |
| Defendant. | : |

## **O R D E R**

**AND NOW,** this **2nd** day of **June, 2011,** it is hereby **ORDERED** that Defendant's motion to dismiss for failure to state a claim (doc. no. 6) is **DENIED;**

It is hereby further **ORDERED** that Defendant's motion to dismiss on constitutional grounds (doc. no. 5) is **GRANTED.** Plaintiff's complaint is hereby **DISMISSED with prejudice;**

It is hereby further **ORDERED** that this case shall be marked **CLOSED.**

                                    **AND IT IS SO ORDERED.**

                                          S/Eduardo C. Robreno
                                          **EDUARDO C. ROBRENO, J.**